# <u>EXHIBIT A</u>

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY | Title | FileName |
|---|---|---|---|---|---|
| 1 | 24.113.163.101 | µTorrent 3.2.0 | 10/7/12 03:44:16 AM | Zambezia | Zambezia (2012) |
| 2 | 75.121.221.151 | Vuze 4.5.0.4 | 10/9/12 05:38:51 PM | Zambezia | Zambezia (2012) |
| 3 | 174.24.164.43 | BitTorrent 7.6.1 | 10/10/12 09:12:52 PM | Zambezia | Zambezia (2012) |
| 4 | 76.104.169.173 | µTorrent 3.0.0 | 10/12/12 06:55:25 AM | Zambezia | Zambezia (2012) |
| 5 | 76.121.78.243 | BitTorrent 7.7.0 | 10/12/12 04:42:20 AM | Zambezia | Zambezia (2012) |
| 6 | 76.121.138.232 | µTorrent Mac 1.6.5 | 10/12/12 07:13:35 AM | Zambezia | Zambezia (2012) |
| 7 | 174.24.143.47 | BitTorrent 7.6.1 | 10/14/12 12:18:37 AM | Zambezia | Zambezia (2012) |
| 8 | 71.212.70.35 | µTorrent 3.2.0 | 10/14/12 01:15:43 PM | Zambezia | Zambezia (2012) |
| 9 | 173.160.128.153 | µTorrent 3.0.0 | 10/19/12 05:18:08 AM | Zambezia | Zambezia (2012) |
| 10 | 24.16.180.101 | Vuze 4.7.2.0 | 10/19/12 07:01:15 PM | Zambezia | Zambezia (2012) |
| 11 | 24.17.146.164 | µTorrent 3.2.0 | 10/21/12 12:13:18 AM | Zambezia | Zambezia (2012) |
| 12 | 174.21.247.50 | Vuze 4.7.2.0 | 10/21/12 11:13:36 PM | Zambezia | Zambezia (2012) |
| 13 | 69.91.135.239 | µTorrent Mac 1.6.5 | 10/22/12 10:39:10 PM | Zambezia | Zambezia (2012) |
| 14 | 67.168.49.61 | Vuze 4.7.0.2 | 10/23/12 12:14:57 AM | Zambezia | Zambezia (2012) |
| 15 | 174.31.183.49 | BitTorrent 7.7.0 | 10/23/12 02:38:43 AM | Zambezia | Zambezia (2012) |
| 16 | 24.113.27.96 | µTorrent 3.2.0 | 10/24/12 05:18:26 PM | Zambezia | Zambezia (2012) |
| 17 | 24.19.230.21 | µTorrent 3.2.0 | 10/25/12 08:13:16 AM | Zambezia | Zambezia (2012) |
| 18 | 174.21.89.193 | Vuze 4.7.2.0 | 10/27/12 03:18:11 PM | Zambezia | Zambezia (2012) |
| 19 | 23.19.33.254 | µTorrent 3.0.0 | 10/30/12 05:22:37 AM | Zambezia | Zambezia (2012) |
| 20 | 173.208.33.203 | µTorrent 3.0.0 | 10/30/12 04:34:18 AM | Zambezia | Zambezia (2012) |
| 21 | 71.212.64.52 | µTorrent 3.2.0 | 10/31/12 08:50:55 PM | Zambezia | Zambezia (2012) |
| 22 | 76.121.112.161 | µTorrent 3.1.3 | 11/1/12 05:01:37 AM | Zambezia | Zambezia (2012) |
| 23 | 24.19.123.129 | Vuze 4.8.0.0 | 11/1/12 09:00:53 AM | Zambezia | Zambezia (2012) |
| 24 | 50.135.249.131 | BitTorrent 7.7.0 | 11/4/12 03:34:34 PM | Zambezia | Zambezia (2012) |
| 25 | 67.168.191.10 | µTorrent 3.2.0 | 11/8/12 10:50:24 PM | Zambezia | Zambezia (2012) |
| 26 | 98.125.161.161 | Vuze 4.5.0.4 | 11/11/12 12:30:30 AM | Zambezia | Zambezia (2012) |
| 27 | 76.121.26.48 | µTorrent 3.2.1 | 11/14/12 10:47:52 PM | Zambezia | Zambezia (2012) |
| 28 | 24.113.118.86 | µTorrent 3.1.3 | 11/21/12 05:00:34 PM | Zambezia | Zambezia (2012) |
| 29 | 67.160.121.43 | µTorrent 3.2.1 | 11/23/12 04:06:39 PM | Zambezia | Zambezia (2012) |
| 30 | 24.113.70.236 | µTorrent 3.1.3 | 11/26/12 01:15:43 AM | Zambezia | Zambezia (2012) |
| 31 | 208.54.44.129 | Vuze 4.5.0.4 | 11/29/12 05:56:07 AM | Zambezia | Zambezia (2012) |
| 32 | 67.183.185.205 | BitTorrent 7.6.1 | 12/1/12 03:28:14 AM | Zambezia | Zambezia (2012) |
| 33 | 75.148.90.226 | BitComet 1.34 | 12/2/12 03:00:31 PM | Zambezia | Zambezia (2012) |
| 34 | 208.54.44.183 | Vuze 4.5.0.4 | 12/2/12 11:30:20 AM | Zambezia | Zambezia (2012) |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 98.247.235.121 | BitTorrent 7.7.2 | 12/10/12 04:30:13 AM | Zambezia | Zambezia (2012) |
| 36 | 98.247.33.1 | µTorrent Mac 1.8.0 | 12/10/12 09:01:10 PM | Zambezia | Zambezia (2012) |
| 37 | 50.132.56.243 | Deluge 2.2.1.0 | 12/17/12 06:11:44 AM | Zambezia | Zambezia (2012) |
| 38 | 97.113.2.117 | µTorrent 3.2.3 | 12/19/12 05:00:05 AM | Zambezia | Zambezia (2012) |
| 39 | 76.22.54.244 | KTorrent 4.1.3 | 12/20/12 08:06:50 AM | Zambezia | Zambezia (2012) |
| 40 | 67.168.215.97 | µTorrent 3.2.2 | 12/21/12 10:36:54 PM | Zambezia | Zambezia (2012) |
| 41 | 67.168.41.85 | µTorrent 3.2.3 | 12/27/12 04:04:54 AM | Zambezia | Zambezia (2012) |
| 42 | 24.19.185.82 | µTorrent 3.2.3 | 12/27/12 07:11:24 PM | Zambezia | Zambezia (2012) |
| 43 | 24.16.89.81 | BitTorrent 7.2.0 | 12/31/12 04:08:55 AM | Zambezia | Zambezia (2012) |
| 44 | 50.46.166.21 | BitTorrent 7.7.3 | 1/4/13 08:28:08 PM | Zambezia | Zambezia (2012) |
| 45 | 24.19.12.181 | µTorrent 3.2.3 | 1/4/13 01:02:21 AM | Zambezia | Zambezia (2012) |
| 46 | 24.18.154.124 | Vuze 4.5.0.4 | 1/5/13 05:22:49 PM | Zambezia | Zambezia (2012) |
| 47 | 74.209.62.249 | BitTorrent 7.7.0 | 1/6/13 11:10:49 PM | Zambezia | Zambezia (2012) |

| Filehash | ISP | Region | city | Province |
|---|---|---|---|---|
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Wave Broadband | Washington | Port Orchard | Kitsap |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | CenturyTel Internet Holdings | Washington | Gig Harbor | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Renton | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Lakewood | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Business Communica | Washington | Eatonville | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Bremerton | Kitsap |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Lakewood | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | University of Washington | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Renton | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Tacoma | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Wave Broadband | Washington | Port Angeles | Clallam |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Kent | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Nobis Technology Group, LLC | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Nobis Technology Group, LLC | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | CenturyTel Internet Holdings | Washington | Gig Harbor | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Puyallup | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Wave Broadband | Washington | Port Orchard | Kitsap |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Federal Way | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Wave Broadband | Washington | Port Orchard | Kitsap |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | T-Mobile USA | Washington | Kent | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Business Communica | Washington | Vancouver | Clark |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | T-Mobile USA | Washington | Kent | King |

| | | | | |
|---|---|---|---|---|
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Redmond | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Century Link | Washington | Tacoma | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Spanaway | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Kirkland | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Frontier Communications | Washington | Everett | Snohomish |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Seattle | King |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7 | Fairpoint Communications | Washington | Yelm | Thurston |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-643-242**

**Effective date of
registration:**

May 2, 2012

---

## Title

**Title of Work:** Adventures in Zambezia

## Completion/Publication

**Year of Completion:** 2012

## Author

■ **Author:** Zambezia Film (Pty.) Ltd

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** South Africa          **Domiciled in:**   South Africa

## Copyright claimant

**Copyright Claimant:** Zambezia Film (Pty) Ltd.

Dreyersdal Farm, Dreyersdal Farm  Road, Bergvliet,  Cape Town, South
Africa

## Rights and Permissions

**Organization Name:** Cinema Management Group, LLC

**Name:** Dene  Anderberg

**Email:** cmg@cinemamanagementgroup.com          **Telephone:** 310-300-9959

**Address:** 8730 Wilshire Blvd.

Suite 416

Beverly Hills, CA 90211  United States

## Certification

**Name:** Dene Anderberg

**Date:** April 30, 2012

**Registration #:**   PAU003643242
**Service Request #:**   1-759868441



Cinema Management Group
Dene D Anderberg
8730 Wilshire Blvd. Suite 416
Beverly Hills, CA 90211  United States